**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01146-LTB-CBS

GARY S. COHEN,
        Plaintiff,

v.

INFOLINK SCREENING SERVICES, INC., a California corporation;
DOES I-X,
        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiff's Unopposed Motion to Amend Complaint (filed May 27, 2005) is **GRANTED** by correcting a typographical error and adding Phoenix Research as a Defendant.


Dated:  June 2, 2005
_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CERTIFICATE OF SERVICE**

Civil Case No.  04-cv-01146-LTB-CBS

The undersigned certifies that a copy of the foregoing MINUTE ORDER was served on June 2, 2005, by:

(X) delivery to:

Monique A. Tuttle, Esq.
Christina F. Gomez, Esq.
Holland & Hart, LLP
**DC BOX 06**


(X) depositing the same in the United States Mail, postage prepaid, addressed to:

Marc F. Bendinelli, Esq.
Bendinelli Law Office PC
11184 Huron Street, Suite 10
Denver, CO 80234

John K. Skousen, Esq.
Fisher & Phillips LLP
18400 Von Karman Avenue, Suite 400
Irvine, CA 92612

C. Todd Drake, Esq.
Tiemeier & Hensen, PC
1515 Arapahoe Street, Suite 1300
Denver, CO 80202

                                                                          _____
                                                                          Deputy Clerk