**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01146-LTB-CBS

GARY S. COHEN,

       Plaintiff,

v.

INFOLINK SCREENING SERVICES, INC., a California corporation, and
PHOENIX RESEARCH,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       The Stipulated Motion to Vacate Trial Date and Request for Expedited Ruling (Doc 48 - filed January 27, 2006) is **GRANTED**. The trial set **April 24, 2006** and the trial preparation conference set **March 30, 2006 are VACATED**.

       A trial scheduling hearing is set **Monday, February 13, 2006 at 9:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.

Dated: January 30, 2006
_____