**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-01146-LTB-CBS

GARY S. COHEN,

      Plaintiff,

v.

INFOLINK SCREENING SERVICES, INC., a California corporation, and
PHOENIX RESEARCH,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


    Defendant Phoenix Research's Motion for Leave to File Amended Answer (Doc 52 - filed February 1, 2006) is **GRANTED**.  The tendered Amended Answer is accepted for filing.


Dated:  February 3, 2006
_____