**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-01146-LTB-CBS

GARY S. COHEN,

        Plaintiff,

v.

INFOLINK SCREENING SERVICES, INC., a California corporation, and
PHOENIX RESEARCH,

        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Plaintiff's Unopposed Motion to Vacate and Reset the February 13, 2006 Trial Setting
Conference and Request for Expedited Ruling (Doc 58 - filed February 8, 2006) is **GRANTED**.

      This will confirm that the trial setting conference set **February 13, 2006 is VACATED
and RESET for February 23, 2006 at 9:30 a.m.** in Courtroom A201, Alfred A. Arraj United
States Courthouse, 901 - 19th Street, Denver, Colorado.




Dated:  February 10, 2006
_____