**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01146-LTB-CBS

GARY S. COHEN,

    Plaintiff,

v.

INFOLINK SCREENING SERVICES, INC., a California corporation;
PHOENIX RESEARCH, INC., an Ohio corporation,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Dismissal (Doc 81 - filed March 31, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: April 4, 2006